UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

DANNY TEACHEY,                        )
                    Plaintiff,        )         **JUDGMENT**
                                      )
                                      )         No. 7:05-CV-167-BR
          v.                          )
                                      )
                                      )
STANADYNE AUTOMATIVE CORP., and       )
STANADYNE CORPORATION,                )
                    Defendants.       )

**Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and
the jury has rendered its verdict.

**IT IS ORDERED, ADJUDGED & DECREED** that the defendants' motion for summary judgment
is ALLOWED and this case is DISMISSED.

<u>**This Judgment Filed and Entered on September 25, 2007 and Copies To:**</u>

**Raymond Earl Dunn, Jr.**
Emanuel & Dunn
P. O. Drawer 1389
New Bern, NC 28563-1389


**James M. Mason**
Emanuel & Dunn, PLLC
P. O. Box 426
Raleigh, NC 27602


**Robert A. Sar**
Ogletree, Deakins, Nash, Smoak & Stewart
2301 Sugarbush Rd.
Suite 600
Raleigh, NC 27612



SEPTEMBER 25,  2007                    <u>/s/ DENNIS P. IAVARONE, CLERK</u>